**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7664**

---

KARL CARTER BAZEMORE,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Solomon J. Blatt, Jr., Senior District Judge.  (CA-00-617-6)

---

Submitted:  March 22, 2001              Decided:  March 29, 2001

---

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Karl Carter Bazemore, Appellant Pro Se.  James E. Parham, Jr., Irmo, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Karl Carter Bazemore appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Bazemore v. South Carolina Dep't of Corr.</u>, No. CA-00-617-6 (D.S.C. filed Nov. 13, 2000; entered Nov. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2